**Laurie BECKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75302.**

Missouri Court of Appeals, Western District.

Aug. 6, 2013.

Jeannette Igbenebor, for Appellant.

Shaun Mackelprang, for Respondent.

Before Division One VICTOR C. HOWARD, P.J., JOSEPH M. ELLIS, and ANTHONY REX GABBERT, JJ.

### ORDER

PER CURIAM:

Laurie Becker appeals the denial of her Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).